IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANGELO PARKS,

    Petitioner,

v.

    Case No. 2:12-CV-1135
    Judge Graham
    Magistrate Judge King

MICHELE MILLER, WARDEN,
BELMONT CORRECTIONAL
INSTITUTION,

    Respondent.

## ORDER

On July 25, 2013, the United States Magistrate Judge recommended that Respondent's unopposed *Motion to Dismiss,* Doc. No. 8, be granted and that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed as barred by the one-year statute of limitations. *Report and Recommendation,* Doc. No. 10. Although the parties were advised of the right to object to the *Report and Recommendation* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation,* Doc. No. 10, is **ADOPTED** and **AFFIRMED**. Respondent's *Motion to Dismiss*, Doc. No. 8, is **GRANTED** and this action hereby is **DISMISSED**.

The Clerk is **DIRECTED** to enter final judgment in this case.

Date: August 20, 2013

                                     James L. Graham
                                     United States District Judge